No. 16,501.

THOMPSON *v*. HEGGS ET AL.
(233 P. [2d] 389)

Decided May 21, 1951.   Rehearing denied June 25, 1951.

Mr. J. EMERY CHILTON, for plaintiff in error.

Mr. F. W. HARDING, ONALEE BROWN, for defendants in error.

*In Department.*

MR. JUSTICE HOLLAND delivered the opinion of the court.

THIS is a companion case to that of *Sposato v. Heggs, et al,* 123 Colo. 553, 233 P. (2d) 385, in which our decision was this day announced and which is applicable and controlling herein; accordingly, the judgment is reversed.

MR. CHIEF JUSTICE JACKSON and MR. JUSTICE HAYS concur.